UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

ASSOCIATES IN PERIODONTICS, PLC,

   Plaintiff,

       v.                                     Case No. 2:20-cv-171

THE CINCINNATI INSURANCE COMPANY,

   Defendant.

## ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS

      Having found good cause to grant the Parties' Stipulated Motion to Set Briefing Schedule for Defendant's Motion to Dismiss ("Joint Motion")

      **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**, the deadline for Defendant to file its Motion to Dismiss shall be November 12, 2020, Plaintiff's response to the Motion to dismiss shall be December 14, 2020, and the deadline for Defendant to reply to Plaintiff's response shall be January 07, 2021.

      **SO ORDERED** in Burlington, Vermont, this 10th day of November, 2020.

                                                        /s/ William K. Sessions III
                                                        WILLIAM K. SESSIONS III
                                                        UNITED STATES DISTRICT JUDGE