# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| ASSOCIATES IN PERIODONTICS, PLC )<br>)<br>*Plaintiff(s)* )<br>)<br>v. )<br>)<br>THE CINCINNATI INSURANCE COMPANY )<br>)<br>*Defendant(s)* ) | Civil Action No.  2:20-cv-171 |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** pursuant to the court's Opinion and Order (Document No.73) filed May 18, 2021, defendant's Motion to Dismiss is GRANTED.  This case is  hereby DISMISSED.

Date:  May 18, 2021

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   5/18/2021

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*